UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESLEY D. PURDY,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, et al.,<br><br>           Defendants. | Case No. 1:11-CV-00640-EJL-REB<br><br>**JUDGMENT** |

Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY.**

DATED: **September 26, 2012**

*/s/ Edward J. Lodge*

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT- 1**